**AND NOW,** this 9th day of July, 2012, the Petition for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** Counsel is directed to file a Petition for Allowance of Appeal within 15 days of this order.

**Dina ZLOCZOWER**

v.

**OFFICE OF OPEN RECORDS (PENNSYLVANIA STATE POLICE).**

**Petition of Pennsylvania State Police.**

Supreme Court of Pennsylvania.

July 9, 2012.

### *ORDER*

PER CURIAM.

**AND NOW,** this 9th day of July, 2012, the Petition for Allowance of Appeal and

the Application to Amend Case Caption are DENIED.

**David F. GOULD, III, Petitioner**

v.

**The ZONING HEARING BOARD OF BRISTOL BOROUGH,
Respondent.**

**Bristol Borough, Intervenor.**

Supreme Court of Pennsylvania.

July 9, 2012.

### *ORDER*

PER CURIAM.

AND NOW, this 9th day of July, 2012, the Petition for Allowance of Appeal and the Petition for Permission to File Post-Submission Communication are **DENIED.**